IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CONGREGATION OF EZRA SHOLOM, *et al.*, | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:05-CV-2213-N |
| BLOCKBUSTER, INC., *et al.*, | § § § | |
| Defendant. | § | |

**FINAL JUDGMENT**

By separate Order of this same date, the Court has granted Defendants Blockbuster, Inc. ("Blockbuster"), John F. Antioco, Larry Zine, Jackie M. Clegg, Linda Griego, John L. Muething, Viacom, Inc. ("Viacom"), National Amusements, Inc., Richard J. Bressler, Philippe P. Dauman, Michael D. Fricklas, and Sumner M. Redstone's motions to dismiss [49 & 50]. It is, therefore ordered that Plaintiffs Congregation of Ezra Sholom, *et al.*, take nothing by their claims in this action, and that those claims are dismissed with prejudice. Court costs are taxed against Plaintiffs. All relief not expressly granted is denied. This is a final judgment.

Signed August 22, 2007.

_____
David C. Godbey
United States District Judge

FINAL JUDGMENT – SOLO PAGE